LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants
AETNA INC., AETNA HEALTH OF CALIFORNIA, INC.
and BANK OF AMERICA CORPORATION

RUMMONDS & MAIR
JAMES S. RUMMONDS (State Bar No. 59954)
LARK L. RITSON (State Bar No. 117614)
311 Bonita Drive
Aptos, California 95003
Telephone: (831) 688-2911
Facsimile: (831) 662-3407

Attorneys for Plaintiff
JOHN EMERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EMERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA INC., a California corporation, AETNA HEALTH OF CALIFORNIA, INC., a California corporation, BANK OF AMERICA CORPORATION dba BANK OF AMERICA CORPORATION, a Delaware corporation, dba BANK OF AMERICA, BANK OF AMERICA PERSONNEL SERVICE CENTER, and DOES 1-20, inclusive.<br><br>    Defendants. | Case No. CV 10-04919 JF<br><br>[PROPOSED[ ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE |

---

[PROPOSED[ ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
(Case No. CV 10-04919)

1

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. Plaintiff John Emerson ("Plaintiff") shall file a Second Amended Complaint on or before Friday, March 11, 20101;

2. Defendants shall file their responsive pleading by Friday, April 15, 2011;

3. Defendants Aetna, Inc., Aetna Health of California, Inc. and Bank of America Corporation's Motion to Dismiss the First Amended Complaint is hereby withdrawn, and the April 22, 2011 hearing date is vacated;

4. The Case Management Conference currently scheduled for March 4, 2011 at 10:30 a.m. is hereby continued to April 29, 2011 at 10:30 a.m.

Dated: March 3, 2011        By: _____
                                HON. JEREMY FOGEL
                                UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on March 3, 2011 on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ Rebecca K. Kimura*
REBECCA K. KIMURA