IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EMERSON,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA INC., ET AL.,<br><br>    Defendant.<br>_____/ | No. C 10-04919 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 3, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 30  2012.

DESIGNATION OF EXPERTS: 4/2/2012; REBUTTAL: 4/20/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 14, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by May 25, 2012;

    Opp. Due June 8, 2012;  Reply Due June 15, 2012;

    and set for hearing no later than June 29, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 14, 2012 at 3:30 PM.

JURY TRIAL DATE: August 27, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/14/11

                                                    SUSAN ILLSTON
                                                  United States District Judge