1  RUMMONDS & MAIR
   An Association of Attorneys
2  James S. Rummonds, Esq. (St Bar # 59954)
   311 Bonita Drive
3  Aptos, California 95003
   Telephone (831) 688-2911
4  Facsimile: (831) 662-3407

5  Attorneys for Plaintiff
   JOHN EMERSON
6
   LAFAYETTE & KUMAGAI, LLP
7  SUSAN T. KUMAGAI (State Bar No. 127667)
   REBECCA K. KIMURA (State Bar no. 220420)
8  100 Spear Street, Ste 600
   San Francisco, California 94105
9  Telephone: (415) 357-4600
   Facsimile: (415) 357-4506
10
   Attorneys for Defendants
11 BANK OF AMERICA, N.A.,
   AETNA LIFE INSURANCE COMPANY and
12 BANK OF AMERICA GROUP BENEFITS PROGRAM

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 JOHN EMERSON,                        )  Case No.  cv-10-04919 SI
                                        )
17          Plaintiff,                  )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER CONTINUING PRETRIAL**
18      v.                              )  **PREPARATION AND TRIAL**
                                        )  **SCHEDULE**
19 BANK OF AMERICA, N.A., a Delaware    )
   Corporation, BANK OF AMERICA GROUP )  Dept.: Courtroom 10, 19th Floor
20 BENEFITS PROGRAM, AETNA LIFE         )  Judge: Hon. Susan Illston
   INSURANCE COMPANY and DOES 1-20,     )
21 inclusive,                           )  Complaint Filed: 9/14/10
                                        )  Second Amended Complaint Filed: 3/11/11
22          Defendants.                 )
                                        ))
23 _____ )

24

25      Plaintiff and Defendants, through their respective counsel of record herein, submit the

26 following Joint Stipulation Amending the Pretrial Preparation and Trial Scheduling Order:

27                              Background

28      1.   On October 14, 2011, the Court issued its Pretrial Preparation order in the above-

1  Entitled matter setting a further Scheduling Conference for February 3, 2012, at 3:00 p.m., which

2  also set forth the following pretrial preparation / trial plan:

3      "Discovery Plan:  Per F.R.Civ.P and Local Rules, subject to any provisions below:

4      Non-Expert Discovery Cutoff is <u>March 30, 2012.</u>

5      Designation of Experts:  **4/2/12**: Rebuttal:  <u>4/20/12</u>.  Parties (**SHALL** conform to Rule

6          26(a)2).  (Emphasis in original order.)

7      Expert Discovery Cutoff is <u>May 14, 2012</u>.

8      Dispositive Motions SHALL be filed by <u>May 25, 2012</u>.  (Emphasis in original order.);

9          Opp. Due <u>June 8, 2012</u>; Reply Due <u>June 15, 2012</u>;

10          And set for hearing no later than <u>June 29, 2012</u> at 9:00 A.M.

11      Pretrial Conference Date:  <u>August 14, 2012</u> at 3:30 P.M.

12      Jury Trial Date:  <u>August 27, 2012</u> at 8:30 A.M., Courtroom 10, 19th floor.

13      Trial Length is estimated to be _days.

14      Special discovery and Pretrial Provisions:

15          This case shall be referred to the Court's mediation program."

16      2.   On April 6, 2012, in response to Defendant's motion for an order shortening time to hear

17  Defendants' motion to strike Plaintiff's expert witness disclosure, Honorable Susan Illston entered

18  an Order Denying Defendants' Motion for Order Shortening Time and Modifying Disclosure Dates,

19  which stated in part, as follows:

20      ". . .The Court DENIES defendant's request to shorten time.  The Court also accepts as

21  timely the filing of plaintiff's designation, and will permit plaintiff to file the expert report by April

22  20, 2012.  The parties are directed to meet and confer regarding a modification of the deadline for

23  rebuttal disclosures and rebuttal expert reports."  (Order dated April 6, 2012, p.2:7-11.)

24      3.   As part of the consideration for the issuance of the Court's Order on April 6, 2012, and

25  as stated in the Declaration of James S. Rummonds filed in opposition to Defendants' Motion for

26  Order Shortening Time, (Doc 59) the Court took into consideration that Plaintiff's counsel stated

27  *inter alia* in his declaration that the attorney who had been working on the case became seriously ill

28  and on April 1, 2012, informed him that she "would immediately be relieving herself of all

- 2 -

1  responsibilities for any case she was working on" in his office "due to medical reasons . . . "

2  (Opp'n at 1:26-27).  Plaintiff's counsel also stated that he had been out of the office for much of the

3  last several months attending to his 98 year old mother, who is dying.

4      4.    Since the issuance of Judge Illston's April 6, 2012 Order, above referenced, the parties,

5  through their respective counsel, have met and conferred as directed in the April 6, 2012 Order, and

6  have stipulated and agreed on the following amended scheduling plan, given the extraordinary

7  circumstances presented recently to Plaintiff's counsel, James S. Rummonds.

8  PROPOSED AMENDED CASE SCHEDULE

9  The parties jointly propose the following case schedule:

10  Discovery Plan:  Per F.R.Civ.P and Local Rules, subject to any provisions below:

11  Non-Expert Discovery Cutoff is March 30, 2012.

12  Designation of Experts:  **4/2/12**: Expert Reports due **June 1, 2012**; Rebuttal:  **June 15,**

13  **2012**. Parties (**SHALL** conform to Rule 26(a)2).

14  Expert Discovery Cutoff is **July 2, 2012**.

15  Dispositive Motions SHALL be filed by **July 16, 2012**.

16      Opp. Due **July 30, 2012**;

17      Reply Due **August 13, 2012**

18      And set for hearing no later than **August 27, 2012 at 9:00 A.M.**

19  Pretrial Conference Date: **October 8, 2012 at 3:30 P.M.**

20  Jury Trial Date: **October 22, 2012 at 8:30 A.M.**, Courtroom 10, 19th floor.

21  Trial Length is estimated to be 8 days.

22  Special discovery and Pretrial Provisions:

23      The parties shall complete the Court's mediation program, a first session which has

24  already been held with Eric Ivary, Esq.

25

26  DATED:  April 18, 2012        RUMMONDS & MAIR
                            An Association of Attorneys

27

28          By:    /s/ James S. Rummonds
           James S. Rummonds, Esq., Attorneys
           For Plaintiff JOHN EMERSON

STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL PREPARATION AND TRIAL SCHEDULE

DATED:  April 18, 2012                          LAFAYETTE & KUMAGAI, LLP


                                    By:      /s/ Rebecca K. Kimura
                                             Rebecca K. Kimura, Esq.
                                             Attorneys for Defendants BANK OF
                                             AMERICA, N.A., AETNA LIFE
                                              INSURANCE COMPANY, and BANK OF
                                             AMERICA GROUP BENEFITS PROGRAM


                          **[PROPOSED] ORDER**

Pursuant to the Stipulation above, it is hereby **ORDERED** that:

Discovery Plan:  Per F.R.Civ.P and Local Rules, subject to any provisions below:

Non-Expert Discovery Cutoff is March 30, 2012.

Designation of Experts:  **4/2/12**:  Expert Reports due **June 1, 2012**;  Rebuttal:  **June 15, 2012.**  Parties (**SHALL** conform to Rule 26(a)2).

Expert Discovery Cutoff is **July 2, 2012**.

Dispositive Motions SHALL be filed by **July 16, 2012**.

   Opp. Due **July 30, 2012**;

   Reply Due **August 13, 2012**

   And set for hearing no later than **August 27, 2012 at 9:00 A.M.**

Pretrial Conference Date:  October 8, 2012 **at 3:30 P.M.**

Jury Trial Date:  **October 22, 2012** [29] **at 8:30 A.M.**, Courtroom 10, 19th floor.

Trial Length is estimated to be 8 days.


IT IS SO ORDERED.

DATED:    4/18/12

                                             Judge Susan Illston
                                             UNITED STATES DISTRICT JUDGE

- 4 -

CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on April 18, 2012 on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's EFC system.

/s/ James S. Rummonds

James S. Rummonds