| | |
|---|---|
| 1 | JAMES S. RUMMONDS, ESQ. (SBN 59954 ) |
| 2 | Jim_Rummonds@malpraclaw.com<br>WILLIAM A. LAPCEVIC, ESQ. (SBN 238893) |
| 3 | wal@malpraclaw.com<br>RUMMONDS & MAIR |
| 4 | 311 Bonita Drive<br>Aptos, CA 95003 |
| 5 | Telephone:     (831) 688-2911<br>Facsimile:     (831) 662-3407 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>JOHN EMERSON |
| 8 | LAFAYETTE & KUMAGAI LLP<br>SUSAN T. KUMAGAI (State Bar No. 127667) |
| 9 | skumagai@lkclaw.com<br>REBECCA K. KIMURA (State Bar No. 220420) |
| 10 | rkimura@lkclaw.com<br>100 Spear Street, Suite 600 |
| 11 | San Francisco, California  94105<br>Telephone:     (415) 357-4600 |
| 12 | Facsimile:     (415) 357-4605 |
| 13 | Attorneys for Defendants<br>BANK OF AMERICA, N.A., |
| 14 | AETNA LIFE INSURANCE COMPANY and<br>BANK OF AMERICA GROUP BENEFITS PROGRAM |

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EMERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation, BANK OF AMERICA GROUP BENEFITS PROGRAM, AETNA LIFE INSURANCE COMPANY, and DOES 1-20, inclusive.<br><br>        Defendants. | Case No. CV 10-04919 SI<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed:  9/14/10<br>Second Amended Complaint Filed:  3/11/11<br><br>Trial Date:  October 29, 2012 |

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE                    1
(Case No. CV 10-04919 SI)

1  Having reached a confidential settlement agreement, Plaintiff John Emerson and
2  Defendants Bank of America, N.A., Bank of America Group Benefits Program, and Aetna Life
3  Insurance Company, acting through their respective counsel of record, hereby stipulate that this
4  action be dismissed with prejudice, each party to bear his/its own fees and costs.

DATED:  July 27, 2012				RUMMONDS & MAIR

						/s/ James S. Rummonds
						JAMES S. RUMMONDS, ESQ.
						Attorneys for Plaintiff
						JOHN EMERSON

Dated:  July 27, 2012				LAFAYETTE & KUMAGAI LLP

						/s/ Rebecca K. Kimura
						REBECCA K. KIMURA
						Attorneys for Defendants
						BANK OF AMERICA, N.A., AETNA LIFE
						INSURANCE COMPANY and BANK OF
						AMERICA GROUP BENEFITS PROGRAM

## DECLARATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

						/s/ Rebecca K. Kimura
						REBECCA K. KIMURA
						Attorneys for Defendants
						BANK OF AMERICA, N.A., AETNA LIFE
						INSURANCE COMPANY and BANK OF
						AMERICA GROUP BENEFITS PROGRAM

# **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on July 27, 2012, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ Rebecca K. Kimura*
REBECCA K. KIMURA