**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

JAMES S. RUMMONDS, ESQ. (SBN 59954 )
Jim_Rummonds@malpraclaw.com
WILLIAM A. LAPCEVIC, ESQ. (SBN 238893)
wal@malpraclaw.com
RUMMONDS & MAIR
311 Bonita Drive
Aptos, CA 95003
Telephone:    (831) 688-2911
Facsimile:     (831) 662-3407

Attorneys for Plaintiff
JOHN EMERSON

LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
skumagai@lkclaw.com
REBECCA K. KIMURA (State Bar No. 220420)
rkimura@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California  94105
Telephone:    (415) 357-4600
Facsimile:     (415) 357-4605

Attorneys for Defendants
BANK OF AMERICA, N.A.,
AETNA LIFE INSURANCE COMPANY and
BANK OF AMERICA GROUP BENEFITS PROGRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EMERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation, BANK OF AMERICA GROUP BENEFITS PROGRAM, AETNA LIFE INSURANCE COMPANY, and DOES 1-20, inclusive.<br><br>　　　　　Defendants. | Case No. CV 10-04919 SI<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed:  9/14/10<br>Second Amended Complaint Filed:  3/11/11<br><br>Trial Date:  October 29, 2012 |

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE                    1
(Case No. CV 10-04919 SI)

Having reached a confidential settlement agreement, Plaintiff John Emerson and Defendants Bank of America, N.A., Bank of America Group Benefits Program, and Aetna Life Insurance Company, acting through their respective counsel of record, hereby stipulate that this action be dismissed with prejudice, each party to bear his/its own fees and costs.

DATED: July 27, 2012        RUMMONDS & MAIR

/s/ James S. Rummonds
JAMES S. RUMMONDS, ESQ.
Attorneys for Plaintiff
JOHN EMERSON

Dated: July 27, 2012        LAFAYETTE & KUMAGAI LLP

/s/ Rebecca K. Kimura
REBECCA K. KIMURA
Attorneys for Defendants
BANK OF AMERICA, N.A., AETNA LIFE INSURANCE COMPANY and BANK OF AMERICA GROUP BENEFITS PROGRAM

**DECLARATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/ Rebecca K. Kimura
REBECCA K. KIMURA
Attorneys for Defendants
BANK OF AMERICA, N.A., AETNA LIFE INSURANCE COMPANY and BANK OF AMERICA GROUP BENEFITS PROGRAM

# CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on July 27, 2012, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                        */s/ Rebecca K. Kimura*
                                        REBECCA K. KIMURA